**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

KENNETH KIEFER ETAL
Plaintiffs,

vs.

CV 3-95-818

CERIDIAN CORPORATION, ETAL
Defendants.

--------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

LINDA GRIFFITH ROSSON, etc.
Plaintiff,

vs.

CV 00-1409 JMR/FLN

CERIDIAN CORPORATION ETAL,
Defendants.

---

Case No. 3-95-818 having been assigned to Judge Richard H. Kyle and Case No. 00-1409 JMR/FLN having later been assigned to Judge James M. Rosenbaum, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1409 JMR/FLN be assigned to Judge Richard H. Kyle and Magistrate Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: June 28, 2000

RICHARD H. KYLE,Judge
United States District Court

Dated: June 28, 2000

JAMES M. ROSENBAUM,Judge
United States District Court

FILED JUN 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Date: June 30, 2000 dl

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-01409 Rosson v. Ceridian Corporation

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASES ( Judge James M. Rosenbaum / 6/28/00 / Judge Richard H. Kyle / 6/28/00) Case reassigned to Judge Richard H. Kyle per Master List (RELATED TO 3-95 CIVIL 818) (CASE NUMBER REMAINS THE SAME FOR JUDGE'S INITIALS - 00-1409RHK/FLN) (MAGISTRATE IS THE SAME) 1pg(s) (cc: all counsel)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL