UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda Rosson,

Plaintiff,

vs.

Ceridian Corporation,

Defendant.

00-1409
Civil No. 3-~~96-135~~ RHK/FLN

**ORDER**

---

Arthur Sussman and Karl Cambronne for Plaintiff.
R. Scott Davies for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 5, 2000, on Defendant's Motion to Stay Proceedings [#7].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Stay Proceedings [#7] is **DENIED**, but discovery in this matter shall be stayed until the resolution of Plaintiff's Motions for class certification and judgment on the pleadings. The parties shall contact the Court within 5 days of the resolution of those Motions. At that time, the Court shall determine if an additional scheduling conference is necessary.

DATED: Sept 13, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge



FILED SEP 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK