2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

LINDA GRIFFITH ROSSON, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

CERIDIAN CORPORATION, a Delaware corporation, and CERIDIAN CORPORATION RETIREMENT PLAN,

Defendants.

No. 00-1409 RHK/FLN

**STIPULATED PROTECTIVE ORDER**

---

Pursuant to the parties' Stipulation, the Court hereby orders:

1. The purpose of this Order is to govern the disclosure of the spreadsheet detailing corrected lump-sum payments submitted to the Internal Revenue Service on June 14, 2000 by the Ceridian Corporation Retirement Plan ("spreadsheet"). The spreadsheet shall be treated as confidential information, and the word "confidential" will be stamped on the cover or the front page of the document.

2. The spreadsheet shall not be given, made available, communicated, or disclosed to anyone other than:

   a. The attorneys of record in this action and their associated attorneys, legal assistants, and staff members working on the action;

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. Independent consultants and/or experts retained by the parties to work on the action; provided, however, that before any such consultant or expert is shown or receives any confidential information, s/he must read a copy of this Stipulation and Protective Order and agree in writing to abide by the same by signing a document in the form of Exhibit A hereto.

3. The spreadsheet and any information contained therein shall be used solely for the review by plaintiffs' counsel of the calculations submitted to the Internal Revenue Service by the Ceridian Corporation Retirement Plan and in connection with this litigation.

4. At the conclusion of this litigation, plaintiffs' counsel shall destroy all copies of the spreadsheet in their possession. In addition, each person given access under Paragraph 2 shall destroy or discard any copies still in his or her possession or control.

**SO STIPULATED:**

Dated: 9-28-00

By: [signature]
One of Plaintiffs' Attorneys

Arthur T. Susman
Charles R. Watkins
Two First National Plaza, Suite 600
Chicago, IL 60603
(312) 346-3466

Karl L. Cambronne (#14321)
CHESTNUT & BROOKS
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Attorneys For Plaintiffs**

**BRIGGS AND MORGAN, P.A.**

Dated: 10/3/2000

By: ________________________

R. Scott Davies (#21337)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Ceridian Corporation and Ceridian Corporation Retirement Plan**

**SO ORDERED:**

Dated: October 4, 2000

________________________

Franklin L. Noel
United States District Court Magistrate Judge
District of Minnesota

# EXHIBIT A

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

The undersigned hereby acknowledges that he or she has received a copy of the Stipulated Protective Order entered in *Rosson, et al. vs. Ceridian Corporation, et al.*, No. 00-1409 RHK/FLN, has read such Stipulated Protective Order, agrees to be bound by all of the terms thereof, and further agrees that the Ramsey County Court may exercise jurisdiction over him/her to enforce such Stipulated Protective Order.

Dated: _______________ ______________________________________

Subscribed and sworn before me
this ______ day of ________, 2000.

______________________________
Notary Public

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
300 S. FOURTH ST., SUITE 202
MINNEAPOLIS, MN 55415

# Clerk's Notice In Re: Protective Order

A Protective/ConfidentialityOrder has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.