**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

LINDA GRIFFITH ROSSON, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

CERIDIAN CORPORATION, a Delaware corporation, and CERIDIAN CORPORATION RETIREMENT PLAN,

Defendants.

No. 00-1409 RHK/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE** and ORDER

---

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel:

1. The above-entitled action may be dismissed with prejudice and on the merits without costs to any party;

2. A judgment of dismissal may be entered without further notice or hearing on the grounds of mootness; and

3. Plaintiff's counsel reserves their right to file an application for attorneys fees and expenses. Defendants reserve their rights to fully challenge any fee request submitted.

Dated: 1/10/01

**CHESTNUT & CAMBRONNE**

By: [signature]
Karl L. Cambronne (#14321)
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

FILED JAN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 11 2001
DEPUTY CLERK

1228460.1

Arthur T. Susman
Charles R. Watkins
SUSMAN & WATKINS
Two First National Plaza, Suite 600
Chicago, IL 60603
(312) 346-3466

**Attorneys For Plaintiffs**

**BRIGGS AND MORGAN, P.A.**

Dated: 1/9/2001

By: ______________________
R. Scott Davies (#21337)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Ceridian Corporation and Ceridian Corporation Retirement Plan**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

LINDA GRIFFITH ROSSON, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

CERIDIAN CORPORATION, a Delaware corporation, and CERIDIAN CORPORATION RETIREMENT PLAN,

Defendants.

No. 00-1409 RHK/FLN

**ORDER**

---

Based upon the Stipulation of the parties, it is hereby ordered that the above-entitled action is dismissed with prejudice for lack of jurisdiction on grounds of mootness.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 1/11/01

The Honorable Richard H. Kyle

1228462.1

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK