**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

ORIGINAL

LINDA GRIFFITH ROSSON, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

CERIDIAN CORPORATION, a Delaware corporation, and CERIDIAN CORPORATION RETIREMENT PLAN,

Defendants.

No. 00-1409 RHK/FLN

**ORDER**

This matter coming to be heard pursuant to plaintiff's notice of intent to claim an award of attorneys' fees and expenses pursuant to LR 54.3 and the Court, being fully advised in the premises, sets the following schedule for submission and consideration of plaintiff's motion:

1. Plaintiff shall submit her petition and brief in support thereof on or before February 16, 2001.

2. Defendants shall file their response on or before March 16, 2001.

3. Plaintiff shall file any reply on or before March 30, 2001.

2/5/01

United States District Court Judge

FILED FEB 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________